420 Lexington Avenue  
New York, NY 10170  
www.mta.info

**Catherine A. Rinaldi**  
President



> This request is GRANTED.  The November 19th pre-settlement conference and December 5th settlement conference are adjourned *sine die*.  The Parties are directed to contact my Courtroom Deputy Christopher Davis via email **by Novmeber 21, 2024** at WillisNYSDChambers@nysd.uscourts.gov with three mutually agreeable dates.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS  
> United States Magistrate Judge  
> November 14, 2024

November 12, 2024

Hon. Jennifer E. Willis  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007  
<u>Via ECF</u>

    *Re:*    **Brady v. Metro North Railroad Company**  
           <u>**22 Civ. 10197 (NRB)**</u>

Dear Magistrate Judge Willis:

      This matter is scheduled before Your Honor for a November 19, 2024 Settlement Conference. Defendant Metro-North Commuter Railroad respectfully submits this letter motion at the request of Plaintiff's counsel, Phillip Dinhofer, Esq. Mr. Dinhofer informed us last evening that he had been unexpectedly hospitalized and is therefore requesting a 30-day adjournment of the Settlement Conference. We do not have further information at this time. Defendant consents to an adjournment under the circumstances. We thank the Court for your consideration of this request.

Susan Sarch, General Counsel  
Metro-North Commuter Railroad

By:    */s/ Andrew Muccigrosso*  
       Andrew Muccigrosso  
       Attorney for Defendant Metro-North  
       420 Lexington Avenue, 11th Floor.  
       New York, New York 10170  
       (212) 340-2538